*November 8, 1927.*

BRADLEY COMPANY, Respondent, vs. FREEMAN, Appellant.

APPEAL from a judgment of the circuit court for Lincoln county dated November 26, 1926: A. H. REID, Judge.

Action on promissory note. Defense novation. Trial court directed judgment for plaintiff. Defendant appeals.

For the appellant: *Fiedler, Garrigan & Amlie* of Beloit.

For the respondent: *R. T. Reinholdt* of Tomahawk.

*By the Court.*—Judgment affirmed.

L. E. STREATOR LUMBER COMPANY, Appellant, vs. EVANS, Respondent.

APPEAL from a judgment of the circuit court for Monroe county dated August 10, 1926: R. S. COWIE, Judge.

Action on contract. Judgment for defendant, from which plaintiff appeals.

For the appellant: *T. P. Abel* of Sparta, attorney, and *Brown, Somsen & Sawyer* of Winona, Minnesota, of counsel.

For the respondent: *Graves, Masters & Hansen* of Sparta, attorneys, and *Goggins, Brazeau & Graves* of Wisconsin Rapids, of counsel.

*By the Court.*—Judgment affirmed.

STEWART, Respondent, vs. WISCONSIN PUBLIC SERVICE CORPORATION, Appellant.

APPEAL from a judgment of the circuit court for Marinette county dated January 4, 1927: W. B. QUINLAN, Judge.

Automobile collision. Judgment for plaintiff, from which defendant appeals.

For the appellant: *North, Parker, Bie & Welsh,* attorneys, and *Samuel D. Hastings,* of counsel, all of Green Bay.

For the respondent: *E. H. Herbert* of Coleman and *Arold F. Murphy* of Marinette.

*By the Court.*—Judgment affirmed.